UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN "JON" QUINN, Individually and as Guardian Ad Litem of H.Q., a Minor Child, and TAMMY FASCHING, Individually, Separately and Together,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, a Member of FARMERS INSURANCE GROUP OF COMPANIES; and TRUCK INSURANCE EXCHANGE, a Member of FARMERS INSURANCE GROUP OF COMPANIES, Individually and Together, Jointly and Severally,<br><br>Defendants. | CIV. 15-5043-JLV<br><br>ORDER REMANDING CASE |

Plaintiffs filed an unopposed motion to remand the case to state court pursuant to 28 U.S.C. §1447(c).  Good cause appearing, it is

ORDERED that plaintiffs' motion (Docket 53) is granted.

IT IS FURTHER ORDERED that the case is remanded to the Circuit Court, Seventh Judicial Circuit, Pennington County, South Dakota, pursuant to 28 U.S.C. §1447(c).

IT IS FURTHER ORDERED that the Clerk of Court shall provide a copy of this order to the Clerk of the Circuit Court, Seventh Judicial Circuit, Pennington County, South Dakota.

Dated March 22, 2017.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE